within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01–890. IN RE BALL. Petition for writ of habeas corpus denied.

No. 01–712. IN RE MAYS ET AL. Petition for writ of mandamus denied.

No. 01–793. IN RE SIMMONS. Petition for writ of mandamus and/or prohibition denied.

No. 01–714. UTAH ET AL. v. EVANS, SECRETARY OF COMMERCE, ET AL. Appeal from D. C. Utah. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 01–704. UNITED STATES ET AL. v. BEAN. C. A. 5th Cir. Certiorari granted.

No. 01–706. SPRIETSMA, ADMINISTRATOR OF THE ESTATE OF SPRIETSMA, DECEASED v. MERCURY MARINE, A DIVISION OF BRUNSWICK CORP. Sup. Ct. Ill. Certiorari granted.

No. 01–270. YELLOW TRANSPORTATION, INC. v. MICHIGAN ET AL. Sup. Ct. Mich. Certiorari granted limited to the following question: "Whether the Michigan Supreme Court erred in holding that, under 49 U. S. C. § 11506(c)(2)(B)(iv)(III) (1994 ed.) and 49 U. S. C. § 14504(c)(2)(B)(iv)(III) (1994 ed., Supp. V), only a State's 'generic' fee is relevant to determining the fee that was 'collected or charged as of November 15, 1991.'"

No. 01–705. BARNHART, COMMISSIONER OF SOCIAL SECURITY v. PEABODY COAL CO. ET AL.; BARNHART, COMMISSIONER OF SOCIAL SECURITY v. BELLAIRE CORP. ET AL.; and

No. 01–715. HOLLAND ET AL. v. BELLAIRE CORP. ET AL. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: No. 01–705 (first judgment), 14 Fed. Appx. 393; No. 01–705 (second judgment) and No. 01–715, 14 Fed. Appx. 424.